IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL LORDWILLIAMSON HARVEY,

  Appellant,

 v.            Case No.  5D23-923
              LT Case No. 2014-CF-8428

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed April 11, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Michael Lordwilliamson Harvey,
Sneads, pro se.

No Appearance for Appellee.


PER CURIAM.

  AFFIRMED.  *See Simmons v. State*, 332 So. 3d 1129 (Fla. 5th DCA

2022).


WALLIS, EDWARDS and HARRIS, JJ., concur.